Illinois Contractors' Machinery, Inc., Plaintiff-Appellee, v. M. J. Boyle & Co., Ryan Construction Co., Incorporated, Fidelity & Casualty Co. of New York, Fidelity & Deposit Co. of Maryland, Defendants-Appellants.

Gen. No. 48,879.

First District, Third Division.
October 2, 1963.

213

Healy, Newby, Barrett & Healy, of Chicago, for appellants; Coburn, Kelly & Roan, of Chicago, for appellee. Opinion by JUSTICE DEMPSEY. Not to be published in full.